# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 18th day of August, two thousand twenty-one.

Before:        Robert D. Sack,
                Gerard E. Lynch,
                Steven J. Menashi,
                    *Circuit Judges*.

---

Revitalizing Auto Communities Environmental Response Trust, and Racer Properties LLC,

        Plaintiffs - Appellants,

v.

National Grid USA, Niagara Mohawk Power Corporation, Carrier Corporation, Raytheon Technologies Corporation, FKA United Technologies Corporation, General Electric Company, FKA General Electric Corporation, Bristol-Meyers Squibb Company, New Process Gear, Inc., Magna Powertrain USA, Inc., Thompson Corners, LLC, Metalico Syracuse Realty, Inc., Metalico New York, Inc., Gardner Denver, Inc., ONX1 LLC, Onondaga Pottery Company, Inc., Syracuse China LLC, Libbey Glass Inc., Amparit Industries, LLC, 6181 Thompson Road, LLC, Carrier Circle Business Complex LLC, Telesector Resources Group, Inc, Western Electric Company, Incorporated, Syracuse LePage LLC, Lennox Industries Inc., Syracuse Deere Road Associates, LLC, Jagar Enterprises, Inc., Calocerinos and Spina, C & S Engineers, Inc., John Does, B&B Family Limited Partnership, Hauler's Facility LLC, 6223 Thompson Road Suite 1000 Syracuse, NY 13206, Honeywell International Inc., 80 State Street Albany, NY 122072543, Lockheed Martin Corporation, 6801 Rockledge Drive Bethesda, MD 20817, New Process Gear, Inc., 6600 New Venture Gear Drive East Syracuse, NY 13507, Nokia of America Corporation, 600 Mountain Avenue Murray Hill, NJ 07974, North Midler Properties LLC, 6041 Sewickley Drive Jamesville, NY 13078,

**JUDGMENT**

Docket No. 20-1931

Northeast Management Services, Inc., c/o Florine Basile, Jr., President P.O. Box 1238 Cicero, NY 13039, Northern Industrial Holdings, LLC, 1675 South State Street Suite B Dover, DE 19901, Thompson Lawn, LLC, 7050 Cedarbay Road Fayetteville, NY 13066, Thompson NW, LLC, 7050 Cedarbay Road Fayetteville, NY 13066, United States, Carlyle Air Conditioning Company, Inc.,

           Defendants - Appellees,

Chrysler Group LLC, Cooper Crouse-Hinds, LLC, Prestolite Electric Incorporated, Deere & Company, Center Circles LLC, Solvents and Petroleum Service, Inc., Aleris Partners LLC, Fulton Iron & Steel Co., Inc., Burko Corporation, Empire Pipeline Corporation, Old Carco Liquidation Trust, By Its Trustee RJM I, LLC 251 Little Falls Drive Wilmington, DE 19808, Old Carco LLC, 555 Chrysler Drive Auburn Hills, MI 48236, Hoffman Machinery Corporation, 105 Fourth Avenue New York, NY 10003, Old Electric, Inc., AKA Old Prestolite, FKA Prestolite Electric Incorporated,

           Defendants.

---

      The appeal in the above captioned case from a judgment of the United States District Court for the Northern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

      IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's conclusions regarding RACER's §§ 107 and 113 claims, and the district court's decision dismissing RACER's state law claims are VACATED and the case REMANDED to the district court for further proceedings consistent with this Court's opinion.

                        For the Court:
                        Catherine O'Hagan Wolfe,
                        Clerk of Court