# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of January, two thousand twenty-two.

Before:     Robert D. Sack,
           Gerard E. Lynch,
           Steven J. Menashi,
              _Circuit Judges_.

_____

| | |
|---|---|
| Revitalizing Auto Communities Environmental Response Trust, and Racer Properties LLC, | **STATEMENT OF COSTS** |
| Plaintiffs - Appellants, | Docket No. 20-1931 |
| v. | |
| National Grid USA, et al., | |
| Defendants - Appellees, | |
| Chrysler Group LLC, et al., | |
| Defendants. | |

_____

IT IS HEREBY ORDERED that costs are taxed in the amount of $1380.20 in favor of the Appellants.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 01/04/2022